# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MONROE COUNTY HEALTH CARE AUTHORITY d/b/a MONROE COUNTY HOSPITAL, on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, INC., GE HEALTHCARE INC., and DATEX-OHMEDA, INC.,<br><br>*Defendants*. | Civil Action No. 19-cv-10485 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Monroe County Health Care Authority d/b/a/ Monroe County Hospital ("Plaintiff"), by its undersigned attorneys, hereby voluntarily dismisses this action <u>without prejudice</u>.

Dismissal without a court order is appropriate because no Defendant has yet served an answer or a motion for summary judgment.

Respectfully submitted,

Date: June 20, 2019

/s/ *Eric G. Penley*
Daniel R. Sonneborn (BBO # 679229)
Eric G. Penley (BBO # 678920)
**PRETI FLAHERTY BELIVEAU & PACHIOS LLP**
60 State Street, Suite 1100
Boston, MA 02109
Tel: (617) 226-3800
Fax: (617) 226-3801
dsonneborn@preti.com
epenley@preti.com

>Gregory S. Asciolla (*pro hac vice*)
>Karin E. Garvey (*pro hac vice*)
>**LABATON SUCHAROW LLP**
>140 Broadway
>New York, NY 10005
>Tel: (212) 907-0700
>Fax: (212) 818-0477
>gasciolla@labaton.com
>jhimes@labaton.com
>kgarvey@labaton.com
>
>*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (see below) on this 20th day of June, 2019.

                                          */s/ Eric G. Penley*
                                          Eric G. Penley